Thomas F. Sheedy, Respondent, v. William G. Foster and Maria Foster, Appellants, and Others, Defendants.— Motion granted on condition that the appellant pay, within two days, the expenses of the advertisement of sale incurred, give a bond against waste in accordance with section 1331 of the Code of Civil Procedure, in the penal sum of $2,000, perfect her appeal, place the case upon the next calendar and be ready for argument when reached; and the appeal is hereby set down for the 9th day of December, 1914. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ. Order to be settled before Mr. Justice Rich.

James E. Andrews, Respondent, v. George Cohen, Appellant.— Motion for reargument denied, with ten dollars costs. Motion to resettle order denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

William H. Hastrich, Individually and as Executor, etc., Appellant, v. Paul M. Pilcher and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Dayton Hedges, Respondent, v. Pioneer Iron Works, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of Washington Avenue, from the East River to Jackson Avenue, Borough of Queens, City of New York.— Motion for reargument granted, and motion to dismiss appeal set down for Tuesday, December 8, 1914. Present — Burr, Thomas, Rich and Putnam, JJ.; Jenks, P. J., taking no part.

In the Matter of Robert H. Wilson.— Matter referred to the Honorable John Clinton Gray, to take testimony and report to the court, together with his opinion thereon. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

James A. Noble and Others, Plaintiffs, v. Grant Powell and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

---

* See Real Prop. Law (Consol. Laws, chap. 50; Laws of 1909, chap. 52), art. 12, as amd. by Laws of 1910, chap. 627; Id. § 378.— [Rep.